# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

THERESA NILES,

      Plaintiff,

vs.                              Civil Case No. 04-4060-SAC

AMERICAN AIRLINES, INC.,
TRANSWORLD AIRLINES, LLC
UNIVERSAL WELFARE BENEFIT PLAN,
METROPOLITAN LIFE INSURANCE COMPANY, INC.,

      Defendants.

## JUDGMENT IN A CIVIL CASE

This case comes before the court on the Tenth Circuit's remand of plaintiff's ERISA claim for disability benefits. The court adopts all statements of facts, analysis and rulings set forth in its prior order to the extent not reversed by the Tenth Circuit. The issue has been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order (Dk. 110) filed on July 1, 2008, the plaintiff's remanded claim for disability benefits is denied.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff recover nothing, the action be dismissed on the merits, and the defendants recover costs from the plaintiff.

Dated: July 1, 2008        TIMOTHY M. O'BRIEN, CLERK

                                         By   s/ Brenda M. Wessel
                                                   Deputy